*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


**MEMORANDUM OPINION**

No. 04-09-00368-CV

**IN THE INTEREST OF M.L.H.**, A Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-04068
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   August 26, 2009

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on March 10, 2009. Therefore, the notice of appeal was due to be filed on April 9, 2009, thirty days after the date the judgment was signed. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on April 24, 2009, fifteen days after the deadline for filing notice of appeal. *See* TEX. R. APP. P. 26.3. Appellant filed her notice of appeal, and a motion for extension of time to file the notice of appeal, on June 22, 2009, well after the fifteen-day grace period allowed by Rule 26.3. TEX. R. APP. P. 26.3.

On July 22, 2009, after the clerk's record was filed, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. Appellant responds that she

is now proceeding pro se and was not served with notice of any court dates. However, "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *In re Estate of Padilla*, 103 S.W.3d 563, 567 (Tex. App.—San Antonio 2003, no pet.). Accordingly, we deny appellant's motion to extend the time to file the notice of appeal and dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Costs of appeal are taxed against appellant.

PER CURIAM